IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Carl Browning, | : | |
| Plaintiff | : | Civil Action 2:12-cv-228 |
| v. | : | Judge Smith |
| Stephen M. Middleton, P.C., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

ORDER

Defendants' memorandum contra Plaintiff's motion to remand (Doc. 4) shall be filed no later than **Monday, April 23, 2012**.

The preliminary pretrial conference scheduled in this case for Thursday, **April 26, 2012** at **11:00 A.M.** shall be conducted by telephone (614-719-3370). Counsel shall be prepared to argue the merits of Plaintiff's motion to remand and to discuss the parties' settlement positions.

The Clerk of Court is **DIRECTED** to send a copy of this order to Stephen M. Middleton, P.C., and Stephen M. Middleton, 305 South Alston Street, Foley, Alabama, 36535.

s/Mark R. Abel
United States Magistrate Judge